UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 MAY 23 A 8 47
CLERK _____
S.D. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR108-042 |
| ) | |
| DEDRA N. HAMILTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses Case No. CR108-042 against the above-captioned defendant without prejudice. Dismissal is recommended because the Magistrate Judge dismissed this case at the Initial Appearance and Arraignment held on May 14th, 2008 due to there being no evidence of proof of service of the suspension of the Defendant's Driver's License.

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

**s/Steven J. Phillips, Esq.**
Attorney Bar Number: MS 101673
Attorney for the Government
Office of the Staff Judge Advocate
419 B Street, Building 29718
Fort Gordon, GA 30905-5280
Telephone: (706) 791-1254
E-Mail: steven.j.phillips1@conus.army.mil

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 23, 2008

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA